IN the INT. OF: D.W., a Minor

1593 MDA 2016

Superior Court of Pennsylvania.

03/21/2017

CP–54–JV–0000115–2016
(Schuylkill)

Affirmed

IN RE: Adopt of S.L.W., a minor

Appeal of: S.N.W.

1698 MDA 2016

Superior Court of Pennsylvania.

03/21/2017

2016–0093
(York)

Affirmed

IN the INTEREST OF: S.W., a Minor

1705 MDA 2016

Superior Court of Pennsylvania.

03/21/2017

CP–67–DP–0000227–2015
(York)

Affirmed

COM.

v.

MOORE, J.

1962 WDA 2015

Superior Court of Pennsylvania.

03/21/2017

CP–02–CR–0018117–2003
(Allegheny)

Affirmed

ZOKAITES CONTRACTING

v.

BELL–PUG

1025 WDA 2016

Superior Court of Pennsylvania.

3/21/2017

GD 15–023272
(Allegheny)

Affirmed

